2016–1819.   State ex rel. Thomas v. Sheldon.
Allen App. No. 1–16–26, 2016-Ohio-7642.
   FISCHER, J., not participating.

2016–1827.   State v. Wang.
Hamilton App. No. C–150487, 2016-Ohio-7578.
   FISCHER and DEWINE, JJ., not participating.

2016–1832.   State v. Soto.
Cuyahoga App. No. 103321, 2016-Ohio-7476.

2016–1833.   State v. Wright.
Cuyahoga App. No. 104134, 2016-Ohio-7493.

2016–1854.   State v. Price.
Lucas App. No. L–16–1031, 2016-Ohio-7633.

2016–1858.   State v. Fishel.
Stark App. No. 2016 CA 00037, 2016-Ohio-7656.

2016–1869.   State v. Herald.
Defiance App. No. 4–16–09, 2016-Ohio-7733.

2016–1892.   Davie v. First Baptist Church.
Cuyahoga App. No. 104004, 2016-Ohio-7713.

2016–1897.   Burress–El v. Cincinnati.
Hamilton App. No. C–160452.
   FISCHER, J., not participating.

2016–1898.   State v. Mitchell.
Montgomery App. No. 26887, 2016-Ohio-7691.

2016–1903.   Donlon v. Lineback.
Warren App. Nos. CA2016–03–015 and CA2016–03–016, 2016-Ohio-7739.
   FISCHER, J., not participating.

2016–1914.   State v. Jackson.
Cuyahoga App. Nos. 104068 and 104450, 2016-Ohio-7308.

2017–0005.   Angus v. Angus.
Franklin App. Nos. 15AP–655 and 15AP–693, 2016-Ohio-7789.

2017–0006.   State v. Copeland.
Montgomery App. No. 26842, 2016-Ohio-7797.
   DEWINE, J., dissents.

2017–0025.   State v. Thompson.
Montgomery App. No. 26954, 2016-Ohio-7521.

2017–0050.   State v. Clyde.
Erie App. No. E–14–006.

2017–0051.   State v. Bluford.
Cuyahoga App. No. 103783.

2017–0059.   State v. Barnes.
Muskingum App. No. CT2005–0013.

2017–0068.   State v. Barnett.
Muskingum App. No. CT2016–0028, 2016-Ohio-8070.

2017–0071.   State v. Ward.
Montgomery App. No. 26773, 2016-Ohio-5354.

2017–0076.   State v. Byrd.
Summit App. No. 27868, 2016-Ohio-8135.